1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES E. COX,

11         Petitioner,                    No. CIV S-08-0579 MCE DAD P

12      vs.

13   JOHN MARSHALL, Warden,

14         Respondent.                    ORDER

15   _____/

16         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, challenging the Board of Parole Hearings' decision

18   to deny him parole.  Petitioner has also filed a request to proceed in forma pauperis.

19         Petitioner is currently confined at California Men's Colony in San Luis Obispo

20   County.  San Luis Obispo County is in an area embraced by the United States District Court for

21   the Central District of California.  The proper forum for the instant challenge is in the district of

22   confinement.  In the interest of justice, this court may transfer this action "to any other district

23   where it might have been brought."  28 U.S.C. § 1404(a).  Therefore, in the interest of justice,

24   this action will be transferred to the United States District Court for the Central District of

25   California.

26   /////

1

1       In the furtherance of justice, IT IS HEREBY ORDERED that:

2       1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3       2. This matter is transferred to the United States District Court for the Central

4 District of California.

5 DATED: March 26, 2008.

6

7 _____

    DALE A. DROZD

8 DAD:9
   cox0579.108
    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26